O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LOWTHER, | ) | Case No. CV 14-07861 DDP (AGRx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTIONS TO DISMISS** |
| CHI PAYMENT SYSTEMS-CARD PAYMENT SOLUTIONS LLC, | ) | [Dkt Nos. 18, 20] |
| Defendant. | ) | |

Presently before the court are two Motions to Dismiss, one filed by Defendant Chi Payment Systems-Card Payment Solutions LLC and the other by Defendant David Cronin. Plaintiff has not opposed either motion. Accordingly, the court GRANTS the motions and adopts the following order.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to

///

file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearings on Defendants' motions were noticed for June 1, 2015. Plaintiff's oppositions were therefore due by May 11, 2015. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motions to dismiss, and GRANTS the motions.

IT IS SO ORDERED.

Dated: May 26, 2015

DEAN D. PREGERSON
United States District Judge

2