O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LOWTHER, | ) | Case No. CV 14-07861 DDP (AGRx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTIONS TO DISMISS** |
| CHI PAYMENT SYSTEMS-CARD PAYMENT SOLUTIONS LLC, | ) | [Dkt 34] |
| Defendant. | ) | |

Presently before the court is Defendant Chi Payment Systems-Card Payment Solutions LLC's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"). Earlier, Defendant moved to dismiss the initial complaint. Plaintiff did not oppose the motion, which the court therefore granted. (Dkt. 24.) The court allowed Plaintiff to file a First Amended Complaint (Dkt. 25), which he did, albeit untimely. (Dkt. 33.) Plaintiff has not opposed Defendant's Motion to Dismiss the FAC. Accordingly, the court GRANTS the motion and adopts the following order.

///

///

1    Central District of California Local Rule 7-9 requires an
2 opposing party to file an opposition to any motion at least twenty-
3 one (21) days prior to the date designated for hearing the motion.
4 C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that
5 "[t]he failure to file any required document, or the failure to
6 file it within the deadline, may be deemed consent to the granting
7 or denial of the motion." C.D. Cal. L.R. 7-12.
8    The hearings on Defendant's motion was noticed for August 10,
9 2015. Plaintiff's opposition was therefore due by July 20, 2015.
10 As of the date of this Order, Plaintiff has not filed an opposition
11 or any other filing that could be construed as a request for a
12 continuance. Accordingly, the court deems Plaintiff's failure to
13 oppose as consent to granting the motion to dismiss, and GRANTS the
14 motion.

17 IT IS SO ORDERED.

20 Dated: July 23, 2015

DEAN D. PREGERSON
United States District Judge